UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., and UNILOC 2017 LLC,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>UBISOFT, INC.,<br><br>　　　　Defendant. | Case No. 3:18-cv-02375-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE** |

This stipulation is entered into by and among Plaintiffs Uniloc USA, Inc., Uniloc Luxembourg, S.A., and Uniloc 2017 LLC ("Plaintiffs") and Defendant Ubisoft, Inc. ("Defendant") by and through their respective counsel.

The Plaintiffs and Defendant hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and subject to the approval of the Court, that: (1) all claims and counterclaims, if any, in this action (Case No. 3:18-cv-02375-VC) are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.  All other relief requested between the parties should be denied as moot.

**IT IS SO STIPULATED.**

Dated: January 24, 2020　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Mark C. Lang*
　　　　　　　　　　　　　　　　Michelle L. Marriott (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　michelle.marriott@eriseip.com
　　　　　　　　　　　　　　　　Eric A. Buresh (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　eric.buresh@eriseip.com
　　　　　　　　　　　　　　　　Mark C. Lang (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　mark.lang@eriseip.com
　　　　　　　　　　　　　　　　ERISE IP, P.A.
　　　　　　　　　　　　　　　　7015 College Blvd., Suite 700
　　　　　　　　　　　　　　　　Overland Park, KS 66211
　　　　　　　　　　　　　　　　Phone: (913)777-5600

1
2
3
4
5
6
7
8
9
10
11
12

Stephen S. Smith (SBN 166539)
ssmith@stephensmithlaw.com
LAW OFFICES OF STEPHEN S. SMITH, P.C.
30700 Russell Rance Rd., Ste. 250
Westlake Village, CA 91362
Phone: (310)955-5824
Fax:     (310)955-5824

*Counsel For Defendant Ubisoft, Inc.*


/s/ Aaron S. Jacobs
James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

13
14

*Attorneys for Plaintiffs Uniloc USA, Inc.,
Uniloc Luxembourg, S.A., and Uniloc 2017 LLC*

15

**ATTESTATION OF E-FILER**

16
17
18

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

19
20

Dated: January 24, 2020                              /s/ Aaron S. Jacobs

21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulation of Dismissal With Prejudice of all claims and counterclaims asserted between plaintiffs Uniloc USA, Inc., Uniloc Luxembourg, S.A., and Uniloc 2017 LLC and defendant Ubisoft, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiffs Uniloc USA, Inc., Uniloc Luxembourg, S.A., and Uniloc 2017 LLC and defendant Ubisoft, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.  All other relief requested between the parties is denied as moot.

Dated: January 28, 2020          By: _____
                                      Judge Vince Chhabria